UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HERMAN MARABLE,  JUDGMENT
 04-CV-4899 (JG)
                          Plaintiff,

   -against-

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY,

                          Defendant.
-----------------------------------------------------------------X

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ FEB 28 2006 ★ BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on February 17, 2006, reversing the Commissioner's decision in part; and remanding the case for the calculation of benefits; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed in part; and that the case is remanded for the calculation of benefits.

Dated: Brooklyn, New York
        February 23, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court